# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID D. JONES and FAAVAOA JONES,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J. POPE,<br><br>Defendant. | Case No. 1:22-cv-01232-JLT-SKO<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATION TO DISMISS WITHOUT PREJUDICE<br><br>(Doc. 6) |

David D. Jones and Faavaoa Jones are proceeding *pro se* and *in forma pauperis* in this action, which they initiated by filing a complaint on September 27, 2022. (Doc. 1.) On October 25, 2022, the assigned magistrate judge found that the complaint does not set forth any cognizable federal claim and there is no diversity jurisdiction. (Doc. 6.) Accordingly, the magistrate judge recommended that this action be dismissed without prejudice and without leave to amend. (*Id*.)

The Court granted the parties 21 days from the date of service to file any objections to the recommendation of the magistrate judge. (Doc. 6 at 6.) In addition, the Court advised them "that failure to file objections within the specified time may waive the right to appeal the district judge's order." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014).) Thus, any objections were due no later than November 18, 2022. To date, no objections have been filed.

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist*., 708

F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the findings and recommendation are supported by the record and proper analysis. Based upon the foregoing, the Court ORDERS:

1. The findings and recommendations filed October 25, 2022 (Doc. 6) are **ADOPTED IN FULL.**
2. This action is **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated: **November 29, 2022**

UNITED STATES DISTRICT JUDGE

2